IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN BLACHOWICZ,<br><br>Plaintiff,<br><br>v.<br><br>BONES COFFEE COMPANY<br><br>Defendant. | Case No. 1:22-cv-00667-JLS-HKS |

## STIPULATION FOR DISMISSAL

Plaintiff, KAREN BLACHOWICZ, and Defendant, BONES COFFEE COMPANY, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 6, 2023

NYE STIRLING, HALE, MILLER & SWEET, LLP

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
ben@nshmlaw.com
1145 Bower Hill Road, Ste 104
Pittsburgh, Pennsylvania 15243
Phone: (412) 857-5350

*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Peter T. Shapiro*
Peter T. Shapiro, Esq.
Peter.Shapiro@lewisbrisbois.com
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on the 6th day of February, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
